1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,                )
                                              ) No. CR 3-12-70177 MEJ
10                      Plaintiff,            )
                                              ) [~~PROPOSED~~] STIPULATED
11          v.                                ) ORDER CONTINUING CHANGE
                                              ) OF PLEA
12  LUSE LILOMAIAVA,                          )
                                              )
13                      Defendant.            ) **Current Hearing Date:** Thursday
    _____    ) March 15, 2012 at 10:00 a.m.
14
                                              **Proposed Hearing Date:** Thursday
15                                            March 29, 2012 at 10:00 a.m.
16
17
        The defendant Luse Lilomaiava is scheduled to enter a plea of guilt before this Court. In
18
    this stipulated order defense counsel represents that since Ms. Lilomaiava's initial
19
    appearance he has learned that she needs the assistance of a Samoan interpreter. Defense
20
    counsel requests that the change of plea hearing be continued to March 29, 2012 at 10:00
21
    a.m., to permit adequate time for translation of the plea agreement and to permit the Court to
22
    secure a Samoan interpreter for the plea.
23
        The government has no objection to this request.
24
        The parties jointly recommend exclusion of time under the Speedy Trial Act until
25
    March 29, 2012, to permit for the effective preparation of defense counsel and as the Court
26

considers the written plea agreement to be provided by the government.

Therefore, for good cause shown the hearing now scheduled for March 15, 2012 is vacated. The matter shall be added to the Court's calendar for Thursday, March 29, 2012 for change of plea. Time shall be excluded under the Speedy Trial Act until March 29, 2012, for effective preparation of defense counsel and as the Court considers the written plea agreement.

IT IS SO ORDERED.

3/14/12
DATED                                    MARIA-ELENA JAMES
                                         Chief United States Magistrate Judge

IT IS SO STIPULATED.

March 14, 2012                           /s
DATED                                    MELINDA HAAG
                                         United States Attorney
                                         Northern District of California
                                         ELISE BECKER
                                         Assistant United States Attorney


March 14, 2012                           /s
DATED                                    GEOFFREY A. HANSEN
                                         Federal Public Defender
                                         Northern District of California
                                         STEVEN G. KALAR
                                         Assistant Federal Public Defender